Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 27 2021

JAMES N. HATTEN, Clerk
By: SBy Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
__Northern__ District of __Georgia__

__Northern__ Division

Ronald s.Royal
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Terry Nix Equipment Rentals LLC
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. __1:21-CV-0418__
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ronald s. Royal |
| Street Address | 7110 Hiram Douglasville Hwy. |
| City and County | Douglasvile...Paulding |
| State and Zip Code | Georgia 30134 |
| Telephone Number | |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Terry Nix Equipment Rentals LLC
- Job or Title *(if known)*: Owner Operator
- Street Address: POBox 580
- City and County: TRYONE.   FAYETTE
- State and Zip Code: GEORGIA.   30290
- Telephone Number: (404) 202-3053
- E-mail Address *(if known)*: N/A

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | **Terry Nix Equipment Rentals LLC** |
| Street Address | **POBox 580** |
| City and County | **Tyrone..Fayette** |
| State and Zip Code | **Georgia,  30290** |
| Telephone Number | **(404) 202-3053** |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☒ Other federal law *(specify the federal law)*:
    **Wrongful Termination , Disability Discrimination**

- ☐ Relevant state law *(specify, if known)*:

- ☐ Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☒ Other acts *(specify)*: Wrongful Termination  Disabily Discrimunation

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
**08/01/2019**

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
  **Temporary loss of use of right hand**

E. The facts of my case are as follows. Attach additional pages if needed.

**The surgery in question was on 08/01/2019 , leaving the surgical center i contacted the defendant mr, nix by phone ,i was informed of my layoff for lack of work and being a liabilty ,also i was refused any discharge papers  as stated by union agreement which in fact also breeches our contract , also no accomodation was offerd ,**

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

01/31/2019

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☒ issued a Notice of Right to Sue letter, which I received on *(date)* 11/10/2020

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask The Court to OrderIn The Sum Of 10,000.00 Dollars For Medical Expences Out Of. Pocket, Also 20,000.00 Dollars For Monies. For Bills Due To The Use Of Credit Card Debt From Power , gas , phone, insurance, Health Insurance , HouseAMaintence, food To Feed my Family Also Exemplary And Punitive Pain And Suffreing Not Being Able To have My second surgery The Additional sum of 330,000.00 dollars Totaling 360,000.00 Dollars For Continuing And Everyday pain for 17 months , But i will honour The Judges, Court Or Jurys Decision in The Amount Decided

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/25/2021

Signature of Plaintiff: *Ronald S. Royal*

Printed Name of Plaintiff: Ronald s Royal

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Ronald S. Royal<br>7110 Hiram Douglasville Hwy<br>Douglasville, GA 30134 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2020-02329 | Briggette K. Woodard, Investigator | (404) 562-6820 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

Darrell E. Graham, For 11/10/2020
District Director (Date Mailed)

cc:
David DeMinck
SPIELBERGER LAW GROUP
4890 W. Kennedy Blvd. Ste. 950
Tampa, FL 33609

Anita Clark
THE CONSENSUS GROUP
1015 Tyrone Rd.
Suite 620
Tyrone, GA 30290

Enclosure with EEOC
Form 161-B (11/16)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

- **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.
- In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- **Only one** major life activity need be substantially limited.
- With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
- An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.
- An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage:**
- An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).
- "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.
- A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2020-02329 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ronald S. Royal | (404) 304-9203 | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| 7110 Hiram Douglasville Hwy. | Douglasville, GA 30134 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TERRY NIX EQUIPMENT LLC | 15 - 100 | (404) 202-3053 |

| Street Address | City, State and ZIP Code |
|---|---|
| PO Box 580 | Tyrone, GA 30290 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-01-2019   Latest: 08-01-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above-named employer on March 24, 2019, as Journeyman Operating Engineer. On August 1, 2019, I had a surgery. I was discharged the day of my surgery.

The reason given for my discharge was lack of work.

I believe that I have been discriminated against because of my disability in violation of Title I of the American with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Jan 31, 2020

Charging Party Signature: /s/ Ronald S. Royal

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED EEOC-ATDO



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## PRE-CHARGE INQUIRY

For Official Use Only – Inquiry Number: _____

Thank you for contacting the U.S. Equal Employment Opportunity Commission ("EEOC"). The information you give us on this Pre-Charge Inquiry (Form 290A) will help us assist you and determine if your concerns are covered by the employment discrimination laws we enforce. Answer **all** questions completely and briefly. Please write clearly.

After completing this Pre-Charge Inquiry, **return it immediately** to the EEOC office identified in the cover letter to this Pre-Charge Inquiry, or to the receptionist if you are completing this Pre-Charge Inquiry in an EEOC office.

**Please note:** This Pre-Charge Inquiry is not a Charge of Discrimination.

The Pre-Charge Inquiry is **not intended** for use by applicants for federal jobs or employees of the US government. See http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm for discrimination complaints in federal jobs.

### Personal Information

First Name: Ronald   MI: S   Last Name: Royal
Home Phone: (404) 304-9203   Cell: (404) 304-9203   Email: SkeeterStateFire150@gmail.com
Address: 7110 Hiram Douglasville Hwy   Apt.: ___
City: Douglasville   County: Paulding   State: GA   Zip Code: 30134

What is the best way to reach you? Cell: 304-9203
What are the best days and times to reach you? Any Time 7 days a week
Do you need language assistance? Yes ☐ No ☑
If so, what do you need? ___
Date of Birth: [redacted]   Sex: Male ☑ Female ☐

General information about you that will allow us to serve all individuals better:
i. Are you Hispanic or Latino? Yes ☐ No ☑
ii. What is your race? Choose all that apply: American Indian or Alaskan Native ☐   Asian ☐   Black or African American ☐   Native Hawaiian or Other Pacific Islander ☐   White ☑
iii. What is your National Origin or ancestry? USA - American Born

### Who do you think discriminated against you?

Employer ☑   Union ☐   Employment Agency ☐   Other Organization ☐
Organization Name: Terrynix Equipment LLC
Address: PO Box 580   Suite: ___
City: Tyrone   County: Fayette   State: GA   Zip Code: 30290
Name of Human Resources Director or Owner: Terry Nix
Email: ___   Phone: (404) 202-3053

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **What reason(s) were you given for this job action?** | Reason(s): I was a liability, and He was cutting (?), He just really did not need me any more<br>Who told you this? Terry Nix His or Her Job Title: Owner of com |
| **What is your job, previous job, or the job you applied for?** | Date Hired: 3/24/2019 Job Title at Hire: Journeyman Operating Engineer<br>Annual Pay Rate When Hired: 34.00 hr Last or Current Annual Pay Rate: 35.00 hr<br>Job Title at Time of Alleged Discrimination: Journeyman Operating Engineer<br>Date Your Employment Ended: 7/31/2019 Select One: Quit ☐ Discharged/Laid off ☑<br>Name and Title of your Immediate Supervisor: Dale Weld<br>Job Applicants - What was the title of the job you applied for: _____<br>Date you applied: __/__/____ Date you found out you were not hired: __/__/____ |

Was another person in the same or similar situation treated the same, better, or worse than you?
EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?

| | |
|---|---|
| **Who was treated BETTER than you?** | 1. Name: Jeff Moncrief Job Title: Journey Operating Eng.<br>Email: _____ Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☑ Disability ☐<br>How were they treated better? He Had an unscheduled operation a week Be) more, and Returned to work after Doctor Release Date: 7/26/2019<br>2. Name: _____ Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated better? _____<br>_____ Date: __/__/____ |
| **Who was treated WORSE than you?** | Name: No one Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated worse? I was The only Employee laid off<br>Date: __/__/____ |
| **Who was treated the SAME as you?** | Name: No one Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated the same? _____<br>Date: __/__/____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| Are there any witnesses to any of the job actions taken against you? If yes, please provide their contact information and tell us what they will say. | 1. Name: _The Whole Crew_    Job Title: _Operators_ <br> Email: _____ Phone: (____) _____ <br> What will they tell us? _Nothing, He Gives Money To Keep Employees Quiet, I've tried to contact them no one will answer my ca___ <br> 2. Name: _____ Job Title: _____ <br> Email: _____ Phone: (____) _____ <br> What will they tell us? _____ |
|---|---|
| Have you already filed a charge on this matter with the EEOC? | Yes ☐  No ☑ <br> If yes: Date you filed: ___/___/_____ Charge Number: _____ |
| Have you filed a complaint on this matter with another agency? | Yes ☐  No ☑ <br> If yes: Agency name: _____ <br> Date you filed: ___/___/_____ Complaint Number: _____ |
| Do you have someone representing you in this matter? | Yes ☐  No ☑ <br> If yes: Attorney ☐   Union ☐   Other ☐ <br> Name: _____ Date of Contact: ___/___/___ <br> Email: _____ Phone: _____ |
| Who can we contact if we are unable to reach you? | Name: _Cathy Royal_    Relationship: _Spouse_ <br> Address: _7110 Hiram Douglasville Hwy_ City: _Douglasville_ State: _GA_ Zip Code: _30134_ <br> Email: _____ Home Phone: (404)304-9406 Cell: (404)304-9406 |
| Privacy Act Statement | This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are: 1) EEOC PRE-CHARGE INQUIRY, FORM 290A, ISSUED OCTOBER 2017. 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. §12117(a). 3) PRINCIPAL PURPOSE. The purpose of this form is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge counseling, if appropriate. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's assessment of your situation. It is not mandatory that this form be used to provide the requested information. EEOC Pre-Charge Inquiry, Form 290A, issued October 2017. |

Please note: You must file a charge of job discrimination within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located where a state or local government agency enforces job discrimination laws on the same basis as the EEOC's laws. **This Pre-Charge Inquiry is not a charge.** If you would like to file a charge of discrimination immediately, contact the EEOC office on the cover letter. We recommend that you keep a copy of your completed Pre-Charge Inquiry and the Cover Letter for your records.

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:18615195-H-327]

# Surgery Order

07/01/2019

| From Provider | To Provider |
|---|---|
| ORTHOATLANTA, L.L.C. PAULDING<br>148 Bill Carruth Pky #120<br>HIRAM, GA 30141-3756<br>Phone: (770) 445-5666<br>Fax: (770) 445-0799 | |

## Patient Information

| Patient Name | ROYAL, RONALD S PATIENT ID # 907844 |
|---|---|
| Sex | M |
| DOB | |
| Age | 58yo |
| Address | 7110 HIRAM DOUGLASVILLE HWY<br>DOUGLASVILLE, GA 30134-5518 |
| Phone | H: (404) 304-9203<br>W: (404) 202-3053<br>M: (404) 304-9203 |
| Primary Insurance | BCBS-GA (POS)<br>ID: QSGZ00367035<br>Policy Holder: ROYAL, RONALD S |
| Secondary Insurance | None recorded. |

| Diagnosis | Carpal tunnel syndrome<br>ICD-10: G56.03: Carpal tunnel syndrome, bilateral upper limbs |
|---|---|
| Order Name | Orders included: 1<br><br>Carpal tunnel syndrome<br>ICD-10: G56.03: Carpal tunnel syndrome, bilateral upper limbs<br>• ENDOSCOPIC CARPAL TUNNEL RELEASE (SURG)<br>    Note to Provider: Right endoscopic carpal tunnel release - OASCA on 08/01/2019 @ 12:00pm: CPT: 29848 |

| Side: RIGHT<br>Admission Status: Outpatient<br>Duration of Procedure (hours): 30 minutes<br>Surgical Assistant?: N<br>Anesthesia: General | Name of Instrument Rep/Company: Southern Ortho-Judson<br>Medical Clearance Needed?: N<br>Surgery Date: 08/01/2019<br>Surgery Time: 12:00pm |
|---|---|

Electronically Signed by: DONALD E. FOWLER, III MD

File Name: ROYAL, RONALD

August, 01, 2019

## OrthoAtlanta Surgery Center Austell

### Financial Agreement

| SURGERY DATE | ACCOUNT# | HOME# | WORK# | DOB | ANESTHESIA |
|---|---|---|---|---|---|
| 08/01/19 | 10383 | (404)304-9203 | (404)202-3053 | [redacted] | General |

PATIENT NAME: RONALD S ROYAL
PHYSICIAN: DONALD FOWLER

PATIENT ADDRESS: 7110 HIRAM DOUGLASVILLE HWY   DOUGLASVILLE GA 30134

PRIMARY INSURANCE CO.: BLUE CROSS BLUE SHIELD OF GA

PRE-OPERATIVE DIAGNOSIS: CARPAL TUNNEL SYNDROME BILATERAL UPPE

2ND PRE-OPERATIVE DIAGNOSIS:

SCHEDULED PROCEDURES:

| CPT Code | Description | Estimated Facility Fee | Patient Deposit Due |
|---|---|---|---|
| 29848 | RIGHT ENDOSCOPIC CARPAL TUNNEL RELEASE | $6050 | |

Total: $6050      Total: $151.80

PATIENT DEPOSIT PAID BY:

| CHECK PAYMENT AMOUNT: | CASH PAYMENT AMOUNT: | CREDIT CARD PAYMENT AMOUNT: |
|---|---|---|

The above ESTIMATE OF FEE has been quoted for the procedure(s) which your are having done. If any additional procedures are added or special equipment used such as laser, you will be billed accordingly. This fee does not include x-ray or lab work performed outside of the Surgery Center. Your anethesia services will be billed separately by the Anesthesiologist's billing service.

If your physician requests that a specimen be sent for analysis you will receive a separate bill from Quest Diagnostics.

Your Surgical Center fees are your personal obligation regardless of insurance coverage. If correct and accurate insurance information is given we will attempt to verify insurance prior to surgery and file your claim for you. When verifying insurance keep in mind that this is only a statement of benefits and not a guarantee of coverage. If your insurance covers at other than 100% you will be required to pay the amount not covered before your surgery. This can be paid by cash, check, Visa, MasterCard, and Discover.

We require that patients agree to pay reasonable attorney's fees and costs should it become necessary to enforce payment on a past due account. We require you to pay your bill in full within 60 days of your date of service or make satisfactory arrangements with our office to avoid collections before you account reaches 60 days old.

If any checks written to the Surgery Center are returned for insufficient funds there will be a $25.00 charge.

If you have an attorney handling your bills due to an auto accident, personal injury, ect., we will be glad to provide them with copies of bills. However, we are not party to your lawsuit and require that you pay your bills in full within 60 days of the date of service.

Keep in mind that we are a separate facility from the doctor's office and all fees quoted here DO NOT include any of the doctor's fees.

I hereby authorize OrthoAtlanta Surgery Center Austell to furnish information to insurance carriers or other necessary entities concerning my illness and treatment, and I hereby assign them all payments for medical services rendered to myself or my dependent.

THE FACT THAT I MAY OR MAY NOT BE COVERED BY INSURANCE DOES NOT RELIEVE MY PERSONAL OBLIGATION TO PAY ALL SURGICAL CHARGES.

If you have any questions regarding your account with OrthoAtlanta Surgery Center Austell please call (678)945-8551, Monday through Friday from 9:00a.m. to 4:30p.m.

I have read and agree to all terms and conditions heretofore mentioned and acknowledge receipt of a copy of this agreement.

_Ronald S Royal_   8-1-19
Patient or Guarantor      Date

_[signature]_   8-1-19
Surgery Center Representative

**ORTHOATLANTA, L.L.C.**

please send payments to:
ORTHOATLANTA, LLC
PO BOX 8327
BELFAST, ME 04915-8300
billing phone: (770) 953-6929

department of service:
PAULDING
148 Bill Carruth Pky#120
HIRAM, GA 30141-3756
dept phone: (770) 445-5666

printed 06/27/2019
01:04 PM

| GUARANTOR NAME AND ADDRESS | PATIENT # | PATIENT NAME | PROVIDER | DATE | DEPARTMENT |
|---|---|---|---|---|---|
| RONALD S ROYAL<br>7110 HIRAM DOUGLASVILLE HWY<br>DOUGLASVILLE, GA 30134-5518 | 907844 | RONALD S ROYAL | YONG S. LEE, MD | 06/27/2019 | PAULDING |

| DOB. | TELEPHONE | CURRENT INSURANCE | CERTIFICATE# | AUTH# |
|---|---|---|---|---|
|  | (404) 304-9203 | BCBS-GA (POS) | ********7035 |  |

### PAYMENTS ON 06/27/2019

| Post Date | Date of Service | Diagnosis Codes | Procedure Code | Original Insurance Plan | Supervising Provider | Reason For Payment | Method of Payment | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/27/2019 |  |  |  | *SELF PAY* [0] |  | Prepayment for plan #403279 ESI/EMG - DEPOSIT | MC & VISA ************7519 | $439.92 |

**Total Payment Amount** — **$439.92**

### UPCOMING APPOINTMENTS FOR MDS

| Date | Time | Location | Provider | Appointment Type (Duration) |
|---|---|---|---|---|
| MON, JUL 01, 2019 | 03:45 PM | PAULDING | DONALD FOWLER, III, MD | Established (15 min) |



# ORTHOATLANTA LLC HIRAM

148 Bill Carruth Pkwy
Suite 120
HIRAM, GA, 30141-3756
(770) 445-5666

| | | | |
|---|---|---|---|
| Merchant ID: | 8027901241 | Transaction type: | PURCHASE |
| Approval code: | 050046 | Date/time: | 07/24/2019 03:46 PM EDT |
| Record number: | 1035724 | Type: | Visa |
| Trace number: | 523219 | Account number: | ************7519 |
| Transaction reference number: | 724194632 CHIP | Cardholder name: | RONALD ROYAL |
| Transaction identifier: | 389205711923397 | Patient identifier: | 907844 |
| Application Label: | VISA DEBIT | | |
| TC: | 3B20BDFFF03FFA31 | | |
| TVR: | 8080008000 | | |
| AID: | A0000000031010 | | |

Subtotal: 17.00
Sales Tax: 0.00

Total: 17.00

(customer copy)

## ORTHOATLANTA, L.L.C.

please send payments to:
ORTHOATLANTA, LLC
PO BOX 8327
BELFAST, ME 04915-8300
billing phone: (770) 953-6929

department of service:
PAULDING
148 Bill Carruth Pky#120
HIRAM, GA 30141-3756
dept phone: (770) 445-5666

printed
07/24/2019 03:46 PM

GUARANTOR NAME AND ADDRESS
RONALD S ROYAL
7110 HIRAM DOUGLASVILLE HWY
DOUGLASVILLE, GA 30134-5518

| PATIENT # | PATIENT NAME | PROVIDER | DATE | DEPARTMENT |
|---|---|---|---|---|
| 907844 | RONALD S ROYAL | ERIC L FRANCKE, MD | 07/24/2019 | PAULDING |

| DOB | TELEPHONE | CURRENT INSURANCE | CERTIFICATE# | AUTH# |
|---|---|---|---|---|
| | (404) 304-9203 | BCBS-GA (POS) | | ********7035 |

### PAYMENTS ON 07/24/2019

| Post Date | Date of Service | Diagnosis Codes | Procedure Code | Original Insurance Plan | Supervising Provider | Reason For Payment | Method of Payment | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/24/2019 | | | | *SELF PAY* [0] | | Prepayment for plan #406465 DME PAYMENT | MC & VISA ************7519 | $17.00 |

Total Payment Amount                                                                  $17.00

### UPCOMING APPOINTMENTS FOR MDS

| Date | Time | Location | Provider | Appointment Type (Duration) |
|---|---|---|---|---|
| THU, AUG 01, 2019 | 12:00 PM | SURGERY | DONALD FOWLER, III, MD | Austell ASC (60 min) |
| WED, AUG 14, 2019 | 03:00 PM | PAULDING | DONALD FOWLER, III, MD | Post Op (15 min) |

**ORTHOATLANTA**

| | |
|---|---|
| Guarantor Name | Ronald S Royal |
| Patient Account # | 907844327 |
| Statement Date | 09/05/2019 |

## Your Account Status

BCBS-GA needs information from you to determine coverage. Please contact your insurer. Otherwise, this balance is your responsibility.

| | |
|---|---:|
| Charges | $2,650.00 |
| Previous Payments & Credits | $0.00 |
| **Payment Due Upon Receipt** | **$2,650.00** |

### PROFESSIONAL FEES
Charges for services rendered by a provider, such as an examination or explanation of results.

| Patient Name | Provider Name | Service Location |
|---|---|---|
| Ronald Royal | Donald E. Fowler, III MD | OrthoAtlanta Surgery Center Austell |

| Date | Description | Charge Status | Charges | Payments/ Credits | Patient Balance |
|---|---|---|---|---|---|
| 08/01/2019 | NDSC WRST SURG W/RLS TRANSVRS CARPL LIGM, RIGHT SIDE | | $2,650.00 | | |
| 09/04/2019 | Insurance Company: BCBS-GA | Info Required | | $0.00 | |
| | Patient Balance - Misc. | | | | $2,650.00 |
| | **TOTAL PATIENT BALANCE** | | | | **$2,650.00** |

Any dispute regarding this statement or any amounts due must be submitted in writing to:
P.O. Box 19000, Belfast, ME 04915-4085
Submitting payment in an amount less than the total on this statement shall not constitute an offer to settle any dispute, regardless of any accompanying communication.

121091-291

# ORTHOATLANTA, L.L.C.

| | |
|---|---|
| Guarantor Name: | **RONALD S ROYAL** |
| Patient Account #: | **907844A327** |
| Statement Date: | **10/29/2020** |

## Your Account Status

Your health insurance has been billed correctly and the remaining coinsurance is your responsibility.

| | |
|---|---|
| Charges | $2,540.00 |
| Previous Payments & Credits | $2,366.96 |
| Total Balance | $173.04 |
| **Payment Due Upon Receipt** | **$173.04** |

### PROFESSIONAL FEES
Charges for services rendered by a provider, such as an examination or explanation of results.

| Patient Name | Provider Name | Service Location |
|---|---|---|
| Ronald Royal | Yong S. Lee, MD | OrthoAtlanta - Paulding Office |

| Date | Description | Charge Status | Charges | Payments/ Credits | Patient Balance |
|---|---|---|---|---|---|
| 06/27/2019 | OFFICE/OUTPATIENT VISIT, ESTABLISHED | | $550.00 | | |
| 10/28/2020 | Credit - Insurance Payment: BCBS-GA | PROCESSED | | -$152.94 | |
| 10/28/2020 | Credit - Insurance Adjustment: BCBS-GA | PROCESSED | | -$358.82 | |
| | Patient Balance - COINSURANCE | | | | $38.24 |
| 06/27/2019 | ELECTROMYOGRAPHY WHEN PERFORMED WITH | | $470.00 | | |
| 10/28/2020 | Credit - Insurance Payment: BCBS-GA | PROCESSED | | -$126.25 | |
| 10/28/2020 | Credit - Insurance Adjustment: BCBS-GA | PROCESSED | | -$312.19 | |
| | Patient Balance - COINSURANCE | | | | $31.56 |
| 06/27/2019 | NCS 13 OR MORE STUDIES | | $1,520.00 | | |
| 10/28/2020 | Credit - Insurance Payment: BCBS-GA | PROCESSED | | -$412.98 | |
| 10/28/2020 | Credit - Insurance Adjustment: BCBS-GA | PROCESSED | | -$1,003.78 | |
| | Patient Balance - COINSURANCE | | | | $103.24 |
| | **TOTAL PATIENT BALANCE** | | | | **$173.04** |

Any dispute regarding this statement or any amounts due must be submitted in writing to:
P.O. Box 19000, Belfast, ME 04915-4085
Submitting payment in an amount less than the total on this statement shall not constitute an offer to settle any dispute, regardless of any accompanying communication.

**GEORGIA ANESTHESIOLOGISTS, P.C.**
Ph: (770) 794-0477

Patient: RONALD S ROYAL
Account #: 14870662
Reference #: 28875
Please Pay: $333.02

Please visit WWW.GASDOCS.COM to view and pay this bill online.

For Billing Questions Call: (770) 794-0477

## STATEMENT FOR ANESTHESIA / PAIN MANAGEMENT SERVICES

| DATE | PROVIDER | DESCRIPTION | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 08/01/2019 | HICKS | ANESTHESIA SERVICE | | | |
| 08/01/2019 | HICKS | ANESTHESIA SERVICES | $910.00 | | $910.00 |
| 09/26/2019 | HICKS | DEDUCTIBLE AMOUNT: $300.00 | | | $910.00 |
| 09/26/2019 | HICKS | INSURANCE PAYMENT BY BCBS HMO | | $132.10 | $777.90 |
| 09/26/2019 | HICKS | CONTRACTUAL ADJUSTMENT BY BCBS HMO | | $444.88 | $333.02 |

**IMPORTANT MESSAGE ABOUT YOUR ACCOUNT**

**PLEASE PAY:** $333.02

IMPORTANT NOTE: PAYMENT DUE IN FULL UPON RECEIPT OF STATEMENT. THIS BILL IS FOR PROFESSIONAL ANESTHESIA SERVICES RENDERED. THANK YOU.

Any balance left after 30 days may accrue interest at a rate up to 18% per annum.

403857-GAANESSTM-675236-358176052-P; 1606700-1-107; 31113003-1; 1

Please make checks payable to:

**GEORGIA ANESTHESIOLOGISTS, P.C.**
531 ROSELANE STREET
SUITE 830
MARIETTA, GA 30060
Ph: (770) 794-0477



| STATEMENT DATE | PAY THIS AMOUNT | ACCT# |
|---|---|---|
| 09/26/2019 | $333.02 | 14870662 |

DUE UPON RECEIPT   SHOW AMOUNT PAID HERE $



RONALD S ROYAL
7110 HIRAM DOUGLASVILLE HWY
DOUGLASVILLE, GA 30134-5518

GEORGIA ANESTHESIOLOGISTS
PO BOX 161325
ATLANTA, GA 30321-1325