UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD S. ROYAL,<br><br>    Plaintiff,<br><br>v.<br><br>TERRY NIX EQUIPMENT RENTALS LLC,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-418-WMR |

## JUDGMENT

This action having come before the Court, Honorable William M. Ray, II, United States District Judge, on the Final Report and Recommendation of the Magistrate Judge, and Court having adopted said recommendation as the Opinion of this Court and GRANTED Defendant's Motion to Dismiss, it is

**ORDERED AND ADJUDGED** that the action be, and the same hereby is, **DISMISSED** for failure to state a viable claim.

Dated at Atlanta, Georgia this 3rd day of August, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By: *s/ Charlotte Diggs*
         Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
    August 3, 2021
Kevin P. Weimer
Clerk of Court

By: *s/ Charlotte Diggs*
         Deputy Clerk